# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE FELDER,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 13-4438** |
| v. | : | |
| | : | |
| **PENN MANUFACTURING** | : | |
| **INDUSTRIES, INC. ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

**MCHUGH, J.**                                                                                                         **OCTOBER 28, 2014**

## ORDER

This 28th day of October, 2014, it is **ORDERED** as follows:

   Defendant's Motion to Dismiss the Second Amended Complaint is hereby **DENIED**.

                                                                      /s/ Gerald Austin McHugh
                                                                      United States District Court Judge

1