IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE FELDER,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | **No. 13-4438** |
| v. : | | |
| : | | |
| **PENN MANUFACTURING INDUSTRIES, INC.** : | | |
| **and CHRIS AFFLERBACH,** : | | |
| Defendants. : | | |

## **ORDER**

This 20th day of April, 2016, upon review of the Motions for Summary Judgment filed by Defendants Penn Manufacturing Industries, Inc. and Chris Afflerbach, and Plantiff's Response and Sur-Reply thereto, it is hereby **ORDERED** that:

1. Defendants American Manufacturing & Engineering and PMI Engineering Exports PVT Ltd. are **DISMISSED.**

2. Defendants' Motions for Summary Judgment are **GRANTED.** Judgment is entered in favor of Defendants on all claims.

      /s/ Gerald Austin McHugh
United States District Court Judge

1